**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                                    Case No.:  09−27765−RG
                                    Chapter:  13
                                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arnulfo Trujillo
   892 Bergen St Apt 2
   Newark, NJ 07112−2614

Social Security No.:
   xxx−xx−7038

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                  9/16/09
Time:                 09:00 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Buildin, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 13, 2009
JJW: lc

                                                     James J. Waldron
                                                     Clerk, U. S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: lchapman              Page 1 of 1              Date Rcvd: Jul 13, 2009
Case: 09-27765               Form ID: 132                Total Noticed: 19

The following entities were noticed by first class mail on Jul 15, 2009.
db            Arnulfo Trujillo,    892 Bergen St Apt 2,    Newark, NJ   07112-2614
smg           U.S. Attorney,    970 Broad St.,   Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ   07102-5235
509832927    +Bank of America,    Business Card,    P.O Box 15710,    Wilmington, DE 19886-5710
509832928    +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
509832929     Chase,    200 MARCUS AVE,    SECONF FLOOR,    New Hyde Park, NY 11040-3417
509832930    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
509832932    +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
509832933    +Citibank NA,    POB 528,    Pelham, NY 10803-0528
509832935     EMC Mortgage,    800 State Hwy,    Lewisville, TX 75067
509832936     Household Bank,    12447 SW 69th ave,    attn: dispute processing,    Tigard, OR 97223-8517
509832937    +Mortgage Electronic Registrati,    8750 North Central Expy #800,    Dallas, TX 75231-6424
509832938    +Ocwen Loan Servicing,    PO Box 785056,    Orlando, FL 32878-5056
509832939     PC Richard & Son/GEMB,    POB 981127,    El Paso, TX 79998-1127
509832940    +Structured Asset Mtg,    383 Madison Ave,    New York, NY 10179-0001
509832942    +The Home Depot,    PO Box 689100,    Des Moines, IA 50368-9100
509832943    +Zucker Goldberg Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024

The following entities were noticed by electronic transmission on Jul 13, 2009.
509832931    +Fax: 602-221-4614 Jul 13 2009 21:26:55      Chase Auto Finance,    14800 Frye Road,
               Fort Worth, TX 76155-2732
509832934     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2009 23:02:57      Discover Card,    12 Reads Way,
               New Castle, DE 19720
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
509832941     TENANT
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2009**           **Signature:** _Joseph Speetjens_